Decided March 12, 2004

MICHAEL ROBICHAUD *v.* COMMISSIONER OF CORRECTION

The petitioner Michael Robichaud's petition for certification for appeal from the Appellate Court, 80 Conn. App. 561 (AC 23274), is denied.

*Richard C. Marquette*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided March 16, 2004

HARTFORD CASUALTY INSURANCE COMPANY ET AL. *v.* LITCHFIELD MUTUAL FIRE INSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 364 (AC 23896), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant had a duty to indemnify the insured Mitch Wylie?"

The Supreme Court docket number is SC 17146.

*Susan L. Miller*, in support of the petition.

*Philip F. von Kuhn*, in opposition.

Decided March 16, 2004